**Brenda Kathleen CRAWFORD,
Respondent,**

v.

**Larry Curtis CRAWFORD, Appellant.**

**No. WD 59536.**

Missouri Court of Appeals,
Western District.

Jan. 29, 2002.

Thomas R. Summers, St. Joseph, MO, for appellant.

Janet Wake Larison, Grant City, MO, for respondent.

Before JAMES M. SMART, JR., Presiding Judge, HAROLD L. LOWENSTEIN and JOSEPH M. ELLIS, Judges.

**ORDER**

PER CURIAM.

Appellant Larry C. Crawford ("Husband") appeals from the second amended judgment of the trial court dissolving his marriage to Brenda K. Crawford ("Wife") and ordering him to pay Wife $97,670.67. After a thorough review of the record, we conclude that the judgment is supported by substantial evidence, is not against the weight of the evidence, that no error of law

appears, and that an opinion would have no precedential value.

Judgment affirmed. Rule 84.16(b).